

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2016

No. 04-16-00170-CV

**IN THE INTEREST OF A.B.R. AND P.Y.R., CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-09297
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On September 7, 2016, pro se appellee Margaret D. Roberts requested a free copy of the appellate record. In her motion, Appellee indicates she is unable to pay costs, but she has not filed a Statement of Inability to Afford Payment of Court Costs. *See* TEX. R. APP. P. 20.1 (effective September 1, 2016). *See generally* Tex. Sup. Ct., *Final Approval of Amendments to the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure and of a Form Statement of Inability to Afford Payment of Court Costs*, Misc. Docket No. 16-9122 (Tex. Aug 31, 2016), http://www.txcourts.gov/media/1435934/169122.pdf

Appellee's motion for a free copy of the appellate record is HELD IN ABEYANCE. To receive a free copy of the appellate record, Appellee must file a Statement of Inability to Afford Payment of Court Costs. A blank copy of the required form is attached.

If Appellee wishes to obtain a free copy of the appellate record, we ORDER Appellee to file a completed form within TEN DAYS of the date of this order. If Appellee fails to timely file the statement as ordered, her request for a free copy of the record may be denied.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2016.

_____
Keith E. Hottle, Clerk